FILED
CLERK, U.S. DISTRICT COURT
JUL 29 2025
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )  Case No.: 5:25-MJ-503
             Plaintiff,     )
                            )  ORDER OF DETENTION PENDING
        v.                  )  FURTHER REVOCATION
                            )  PROCEEDINGS
Alan Anderson,              )  (FED. R. CRIM. P. 32.1(a)(6); 18
             Defendant.     )  U.S.C. § 3143(a)(1))

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _____ District of Nevada for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (X) information in the Pretrial Services Report and Recommendation
    (X) information in the violation petition and report(s) + arrest warrant
    ( ) the defendant's nonobjection to detention at this time
    ( ) other: _____

1

1      and/ or

2 B. ( )   The defendant has not met his/her burden of establishing by clear and
3      convincing evidence that he/she is not likely to pose a danger to the safety
4      of any other person or the community if released under 18 U.S.C.
5      § 3142(b) or (c). This finding is based on the following:
6      ( )   information in the Pretrial Services Report and Recommendation
7      ( )   information in the violation petition and report(s)
8      ( )   the defendant's nonobjection to detention at this time
9      ( )   other: _____

11 IT THEREFORE IS ORDERED that the defendant be detained pending the further
12 revocation proceedings.

14 Dated: July 29, 2025          _____
                       SHERI PYM
15                     United States Magistrate Judge